5 F.3d 1492
 Western World Insurance Company, Inc., Tudor Ins., Co.
v.
Hubbard (Buckley, Jr., Buckley, III), Bert (J. Boyd, Jr.),
Karle (J. Patrick), Weber (C. John), Gordon (John), McClure
(Richard J.), Maxwell (Ronald D.), Mehl (Timothy), Hilbert
(William), Hamot Medical Center, of City of Erie,
Pennsylvania v. Saint Vincent Health Center, Karle (J.
Patrick), Hubbard (Buckley, Jr., Buckley, III), Bert (J.
Boyd, Jr.), Weber (C. John)
 NO. 92-3698
 United States Court of Appeals,
Third Circuit.
 July 16, 1993
 
 Appeal From: W.D.Pa.,
 Cohill, J.
 
 
 1
 AFFIRMED.